In the Matter of the Application of GEORGE H. STONEBRIDGE, JR., Receiver, etc., Respondent, *v.* JOHN B. ALDEN, Appellant.

(Submitted June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 20, 1891,

which affirmed an order of Special Term directing the issuance of a warrant for the examination of the appellant and also affirmed an order of Special Term denying a motion to vacate said warrant.

*James B. Dill* for appellant.

*Charles E. Hughes* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.